896

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* PURCELL MOORE, Petitioner-Appellant.

(No. 57152; ▇▇▇▇▇▇▇▇

First District (3rd Division)—January 11, 1973.

PER CURIAM.

Lawrence D. Soloman and Richard J. Lang, both of Bell, Boyd, Lloyd, Haddad and Burns, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and William W. Wolter, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH L. MONTGOMERY, Defendant-Appellant.

(No. 55982; ▇▇▇▇▇▇▇▇

First District (5th Division)—January 12, 1973.

*Rehearing denied March 12, 1973.*